UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:24-cv-1097-PGB-RMN

JONATHAN DRUMMOND,

    Plaintiff,

v.

HAVERTY FURNITURE COMPANIES, INC.,

    Defendant.

_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action:

    ____ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below: _____

    <u>X</u>___ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

1

Dated: June 19, 2024

                                          ALEKSANDRA KRAVETS, ESQ. P.A.
*Counsel for Plaintiff*
1100 Buchanan Street
Hollywood, FL 33019
Tel.: 347.268.9533
Email: ak@akesqpa.com

By: */s/ Aleksandra Kravets*
Aleksandra Kravets
Florida Bar No.: 120562